TOMAS E. MARGAIN, Bar No. 193555
HUY TRAN, Bar No. 288196
Justice at Work Law Group
84 W. Santa Clara St., Ste. 790
San Jose, CA 95113
Tel: (408) 317-1100
Fax: (408) 315-0150
Tomas@JAWLawGroup.com
Huy@JAWLawGroup.com

Attorneys for Plaintiffs
RODOLFO RAMIREZ and
JOSE A RAMIREZ HERNANDEZ

BRIAN P. MOQUIN, SBN 257583
408.300.0022 / 408.843.1678 fax
BMOQUIN@LAWPRISM.COM
LAW OFFICES OF BRIAN P. MOQUIN
3506 LA CASTELLET COURT
SAN JOSE, CALIFORNIA 95148

Attorneys for Defendants
ISB MEHTA CORP. and VIPUL J. MEHTA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RODOLFO RAMIREZ and JOSE A. RAMIREZ HERNANDEZ,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>ISB MEHTA CORP. and VIPUL J. MEHTA,<br><br>　　Defendants. | Case No.: CV 13-0605 LHK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE; COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

**STIPULATION TO DISMISS WITH PREJUDICE**

THE PARTIES, THROUGH THEIR ATTORNEYS OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. This matter has fully settled and the parties have executed a written settlement agreement.

2. The parties request that the Court immediately dismiss this case with prejudice.

3. The parties request that the Court retain jurisdiction to enforce the settlement agreement through December 5, 2013.

4. The parties further request that the Order dismissing this case be without prejudice to the parties enforcing the settlement agreement in a separate proceeding after December 5, 2013.

IT IS SO STIPULATED.

FOR PLAINTIFFS:

DATED: August 7, 2013        By: //s//Huy Tran//s//
                                 TOMAS MARGAIN
                                 HUY TRAN
                                 Attorneys for Plaintiffs
                                 RODOLFO RAMIREZ and
                                 JOSE A. RAMIREZ HERNANDEZ

FOR DEFENDANTS:

                                 LAW OFFICES OF BRIAN P. MOQUIN

DATED: August 8, 2013        By: /s/ BRIAN P MOQUIN
                                 BRIAN P. MOQUIN
                                 Attorneys for Defendants
                                 ISB MEHTA CORP. and
                                 VIPUL J. MEHTA

**STIPULATION TO DISMISS WITH PREJUDICE**

**ORDER**

Based on the stipulation between counsel, and good cause appearing, this matter is DISMISSED WITH PREJUDICE.  All deadlines are hereby vacated.

The parties have reached a settlement through counsel.  This Court will retain jurisdiction to hear any motions filed before December 5, 2013 to enforce the settlement agreement.  Subsequent to that date, this Order is without prejudice to any party seeking to enforce the settlement agreement in a separate proceeding.  The Clerk shall close the file.

IT IS SO ORDERED.

DATED: August 9, 2013

_____
Lucy H. Koh
United States District Court

**STIPULATION TO DISMISS WITH PREJUDICE**